

**Alexandra M. Joyce**
Partner

T. 302-984-6392
F. 302-450-4235

ajoyce@mccarter.com

McCarter & English, LLP

Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717

www.mccarter.com

September 19 , 2025

**VIA CM/ECF**
The Honorable Gregory B. Williams
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Rm. 6124
Wilmington, DE 19801

Re:   *Avadel CNS Pharmaceuticals, LLC v. Jazz Pharmaceuticals, Inc.*,
        C.A. Nos. 25-09-GBW, 25-57-GBW, 25-221-GBW, 25-435-GBW

Dear Judge Williams,

The parties in the above-referenced actions have conferred and hereby submit the enclosed Proposed Scheduling Order, which is fully agreed to by the parties. Other than filling in the blanks (e.g., party names, dates, and number of discovery requests), the only deviation from the Court's form scheduling order for Patent (Non-ANDA) Jury Trial cases is the parties have added a provision to consolidate the four captioned cases for all purposes (*see* Proposed Scheduling Order ¶ 1). Following the new paragraph 1 for consolidation, the parties have adjusted the subsequent internal paragraph references for accuracy. The parties respectfully request that the Court enter the enclosed stipulated Proposed Scheduling Order.

Respectfully submitted,

*/s/ Alexandra M. Joyce*

Alexandra M. Joyce (#6423)

cc: Counsel of Record (via CM/ECF and E-Mail)